UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
GOVERNMENT EMPLOYEES INSURANCE
COMPANY, et al.,

        Case No.
        23-cv-4472

                    Plaintiffs,

**STIPULATION TO
EXTEND TIME TO
ANSWER**

         - against –

CAPLET PHARMACY INC., et al.,

                    Defendants.
-------------------------------------------------------------------X

       **IT IS HEREBY STIPULATED AND AGREED** by and between attorneys for Plaintiffs herein and Defendants Stanislav Masheyev and Caplet Pharmacy Inc., that the time for Defendants to answer or otherwise respond to Plaintiffs' Complaint in the above-captioned action is extended to August 15, 2023. Defendants agree to waive all defenses based on insufficient service of process. Electronic signatures will be deemed as originals for all purposes hereunder.

Dated: Brooklyn, New York
      July 11, 2023

By: _____

Nicholas Bowers, Esq.
Gary Tsirelman P.C.
*Attorneys for Defendants*
*Named Herein*
129 Livingston, 2nd Floor
Brooklyn NY 11201

/s/ *Michael A. Sirignano*

By: Michael A. Sirignano
RivkinRadler
*Attorneys for Plaintiffs*
926 RXR Plaza
Uniondale, NY 11556